EPSTEIN BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendants

|  |  |
|---|---|
| JANE EISENBERG,<br><br>                              Plaintiff,<br><br>vs.<br><br>THE BOARD OF EDUCATION OF RABBI PESACH RAYMON YESHIVA, RABBI PESACH GROSS, INDIVIDUALLY AND NACHUM SORKIN, INDIVIDUALLY,<br><br>                              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br>DOCKET NO. MON-L-1930-09<br><br>CIVIL ACTION<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO:   Clerk
      Superior Court of New Jersey
      Monmouth County Courthouse
      71 Monument Park
      Freehold, New Jersey  07728-1266

SIR/MADAM:

**PLEASE TAKE NOTICE** that, on June 3, 2009, defendants, The Board Of Education Of Rabbi Pesach Raymon Yeshiva, Rabbi Pesach Gross, and Nachum Sorkin ("Defendants"), filed a Notice of Removal in the United States District Court for the District of New Jersey to remove the above-captioned action from the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. MON-L-1930-09, to the United States District Court for the District of New Jersey.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that this Notice of that filing is given pursuant to the provisions of 28 U.S.C. §1446(d), as amended. Accompanying this Notice is a copy of the Notice of Removal so filed.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants

By: _____
DANIEL R. LEVY

DATED: June 3, 2009

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this date I caused the original of the foregoing Notice of Filing of Notice of Removal to be filed, via first class mail, with the Clerk, Superior Court of New Jersey, Monmouth County Courthouse, 71 Monument Park, Freehold, NJ 07728-1266, and a copy of same to be served upon plaintiff, via first class mail, to Michael J. Dillon, Esq., KRUMHOLZ DILLON, PA, attorneys for plaintiff, Jane Eisenberg, at 574 Summit Avenue, Suite 402, Jersey City, New Jersey 07306.

_____
Ellen E. McIntyre

Dated: June 3, 2009