## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this date I caused a copy of the foregoing Notice of Removal to be served upon plaintiff, via first class mail, to Michael J. Dillon, Esq., KRUMHOLZ DILLON, PA, attorneys for plaintiff, Jane Eisenberg, at 574 Summit Avenue, Suite 402, Jersey City, New Jersey 07306. I also caused two copies of the foregoing document to be served via first class mail to the Clerk, Superior Court of New Jersey, Monmouth County Courthouse, 71 Monument Park, Freehold, New Jersey 07728-1266.

By: /s/ *Daniel R. Levy*
DANIEL R. LEVY
EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Fax: (973) 642-0099
dlevy@ebglaw.com

DATED: June 3, 2009