EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900

**Document Electronically Filed**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JANE EISENBERG,

           Plaintiff,

vs.

BOARD OF EDUCATION OF RABBI PESACH RAYMON YESHIVA, RABBI PESACH GROSS, individually and NACHUM SORKIN, individually,

           Defendant.

CIVIL ACTION NO. 09-CV-2691 (JAP)

**CERTIFICATE OF FILING and SERVICE**

---

I hereby certify that on this date I caused a true copy of the Answer and Separate Defenses, to be filed via Electronic Case Filing (ECF) upon the Clerk of the United States District Court for the District of New Jersey, and to be served upon plaintiff via ECF to Michael J. Dillon, Esq., KRUMHOLZ DILLON, P.A., attorneys for plaintiff, Jane Eisenberg, at 574 Summit Avenue, Suite 402, Jersey City, New Jersey 07306. Parties may access this filing through the Court's system.

           EPSTEIN BECKER & GREEN, P.C.
           Attorneys for Defendants

By:   *s/ Kerry M. Parker*
       Kerry M. Parker
       Epstein Becker & Green, P.C.
       Two Gateway Center, 12th Floor
       Newark, New Jersey 07102-5003
       Telephone: (973) 642-1900
       Facsimile: (973) 642-0099
       Email: kparker@ebglaw.com

DATED: June 25, 2009