EPSTEIN BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendants

RECEIVED
APR - 6 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------x
JANE EISENBERG,

               Plaintiff,

vs.

BOARD OF EDUCATION OF RABBI
PESACH RAYMON YESHIVA, RABBI
PESACH GROSS, individually and
NACHUM SORKIN, individually,

               Defendants.
-----------------------------------x

CIVIL ACTION NO. 09-CV-2691 (JAP)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

THE MATTER in dispute between the plaintiff and defendants having been fully settled and adjusted among them;

IT IS hereby stipulated and agreed by the parties that the above-entitled action be dismissed with prejudice, and without rights of appeal. Each party will bear its own costs.

KRUMHOLZ DILLON, P.A.
Attorneys for Plaintiff
Jane Eisenberg

By _____
    Michael J. Dillon

DATED: January 18, 2010

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
Rabbi Pesach Raymon Yeshiva, Rabbi
Shraga Gross and Nachum Sorkin

By _____
    Kerry M. Parker

DATED: ~~January~~ March 8, 2010

So ordered